IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MILTON VERAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-01-1918-C |
| | ) | |
| THE CITY OF GUTHRIE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was

referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions

of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on August

19, 2005, to which Plaintiff has timely objected. The Court therefore considers the matter

de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion

of the Magistrate Judge. No point would be served in repeating that analysis. In his

objection, Plaintiff merely restates the conclusions and legal argument originally asserted,

and there is nothing asserted by the Plaintiff which was not fully considered and correctly

rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection

which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Plaintiff's Request for Emergency Preliminary Injunction Relief and/or Temporary Restraining Order (Dkt. No. 198) is DENIED.

IT IS SO ORDERED this 8th day of September, 2005.


ROBIN J. CAUTHRON
United States District Judge